UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAWN HAVRILLA, | : | |
| | : | Ca No. 1:10-CV-00274 RJL |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DRINKER, BIDDLE & REATH LLP, | : | |
| | : | |
| Defendant. | : | |

## AGREED ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, as represented by the signatures of their respective counsel, below, have agreed to terms constituting full and final settlement of Plaintiff's claims in this litigation that included claims for unpaid overtime arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA") and the District of Columbia Wage Act, D.C. Code 32-1001 *et seq.* The terms of the settlement are contained in a Settlement Agreement, which was entered into by the parties on the 29th day of November, 2010. The settlement reached by the parties provides for payments to Plaintiff constituting wages and a reasonable attorneys' fee. The settlement reached is based on disputed factual claims concerning whether Plaintiff worked any overtime hours and whether the Defendant violated the FLSA or the District of Columbia Wage Act. The settlement also provides for the release by Plaintiff of certain claims.

The parties have all been represented by experienced counsel who have pursued their claims and/or defenses vigorously. Both sides are satisfied that the terms of their settlement, including payments that are to be made and claims that are to be released, are fair and equitable.

Accordingly, the parties hereby jointly request that the Court approve the parties' settlement and dismiss this action with prejudice in accordance with the terms of their Agreement.

SO ORDERED, this _____ day of _____, 2010.

_____

LEON, R. U.S.D.J.

Respectfully submitted,

Nils G. Peterson

By: *Nils G Peterson by Dinah Gold*

Nils G. Peterson
2009 N. 14th Street, Suite 708
Arlington, VA  22201
(703) 527-9900 (telephone)
(703) 522-1250 (facsimile)
nilspeterson@aol.com
Counsel for Plaintiff

Drinker Biddle & Reath LLP

By: *Dina M. Gold*

Gregory W. Homer
Dina M. Gold
Drinker Biddle & Reath LLP
1500 K Street, NW
Washington, DC 20005-1209
Phone: (202) 842-8800
Fax:    (202) 842-8465
Gregory.Homer@dbr.com
Dina.Gold@dbr.com
Counsel for Defendant